**FILED**
June 18, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____CM_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**<br><br>v.<br><br>**(1) ANTONIO RIOS JR**<br>    aka "TONE"<br>**(2) DANIEL NATIVIDAD**<br>    aka "DANNY BOY"<br>**(3) BRIAN ZEPEDA**<br>    aka "GET DOWN"<br>**(4) ROBERTO IBARRA**<br>    aka "BOBBY"<br>**(5) VIDAL MORALES JR**<br>**(6) MIKE RAYAS CARRILLO**<br>    aka "GORDO"<br>**(7) JESUS MENDOZA JR.**<br>    aka "CHIVO"<br>**(8) GILBERTO GARCIA**<br>    aka "GIBO"<br>**(9) RAMON LOZOYA**<br>    aka "BULLDOG"<br>**(10) RONALD MENDOZA**<br>    aka "RONNIE"<br>**(11) MAXIMO FLORES JR.**<br>**(12) MIGUEL ZAMORA ROSAS**<br>    aka "EIGHT BALL"<br>**(13) PAUL GARCIA**<br>    aka "BABY PAUL"<br>**(14) ABRAHAM PAGAN**<br>    aka "SHANK"<br>**(15) CARLOS BERNAL**<br>    aka "GUERO"<br>**(16) ADRIAN CALVILLO**<br>    aka "TOKEN"<br>**(17) MARK ANTHONY AVILA**<br>**(18) RUDY HUGO LOPEZ**<br>**(19) ROBERT DAVALOS ALVARADO**<br>    aka "PORK CHOP"<br>**(20) RAYMOND MEDINA** | **<u>SEALED</u>**<br><br><br>No. SA-23-CR-483-DAE |

|   |
|---|
| aka "CRIME"<br>(21) ROGER HILBURN<br>(22) ARMANDO PERALES<br>    aka "PITBULL"<br>(23) RUBEN RIVERA<br>(24) JR PERALES<br><br>    **Defendants** |

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND SET ARRAIGNMENT

The United States of America respectfully files this motion to unseal the First Superseding Indictment, and to set Defendant Antonio Rios Jr. for arraignment, for the following reasons:

On September 30, 2023, Defendant Antonio Rios Jr., was indicted for Felon in Possession of a Firearm. Rios is currently in custody at the Karnes County Correctional Center.

On June 5, 2024, the grand jury returned a First Superseding Indictment bringing additional charges against Antonio Rios Jr. as well as against 23 new defendants in the case. The Government filed a motion to seal the indictment as to all defendants in this case. The Government also filed a motion to continue the arraignment of Antonio Rios Jr. until the unsealing of the indictment, citing the need for law enforcement to apprehend the remaining Defendants in the case. Magistrate Judge Richard B. Farrer granted these motions, sealing the indictment as to all Defendants and continuing the arraignment setting for Antonio Rios Jr.

On June 18, 2024, law enforcement arrested all the defendants in this case who were not currently in federal or state custody.

As such, the United States seeks an Order of the Court unsealing the First Superseding Indictment as to <u>all</u> Defendants in this case as there is no longer a risk that any defendant will flee prosecution. The United States also requests that the Court set Defendant Antonio Rios Jr. for arraignment on the First Superseding Indictment.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

/s/

_____
Brian M. Nowinski
Assistant United States Attorney
Michigan Bar No. P80027
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7068